# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL SWIHART,**

    **Petitioner,**

    v.

**RHONDA R. RICHARD,** *et al.***,**

    **Respondents.**

    **CASE NO. 2:16-CV-158**
    **JUDGE GEORGE C. SMITH**
    **Magistrate Judge Jolson**

## OPINION AND ORDER

On March 7, 2017, the Magistrate Judge issued a *Report and Recommendation* denying Petitioner's Motion for Discovery (Doc. 9) and recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. (*See* Doc. 12). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, and although Petitioner was given an extension of time for the filing of objections, no objections have been filed.

The *Report and Recommendation* (Doc. 12) is **ADOPTED** and **AFFIRMED**. Petitioner's *Motion for Discovery* (Doc. 9) is **DENIED**. This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

    *s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**